J. Michael Murphy, Liberty, MO, Arguing on behalf of Respondent.

Before RONALD R. HOLLINGER, P.J., PAUL M. SPINDEN and JAMES M. SMART, JR., JJ.

## *ORDER*

## *ORDER*

PER CURIAM.

David E. Fitzpatrick appeals his convictions for possession of a controlled substance (marijuana) with intent to deliver, delivery of a controlled substance (marijuana), and possession of a controlled substance (cocaine). Fitzpatrick was sentenced to fifteen years imprisonment on Count I, ten years on Count II, and two years on Count III, with the sentences for Counts I and II to run consecutively and for Count III to run concurrently with Count II. Judgment is affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**David FITZPATRICK, Appellant.**

**No. WD 60874.**

Missouri Court of Appeals,
Western District.

May 6, 2003.

Craig A. Johnston, Asst. State Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Philip M. Koppe, Asst. Attorney General, Kansas City, for Respondent.

Before RONALD R. HOLLIGER, P.J., PAUL M. SPINDEN, and JAMES M. SMART, JR., JJ.